EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
| --- | --- |
| In re:<br><br>    Félix J. Montañez Miranda | 2003 TSPR 27<br><br>158 DPR ____ |

Número del Caso: TS-5894


Fecha: 28 de febrero de 2003


Oficina del Procurador General:
                    Lcda. Minnie H. Rodríguez López
                    Procuradora General Auxiliar


Abogado de la Parte Querellada:

                    Lcdo. Víctor P. Miranda Corrada


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Félix J. Montañez Miranda

TS-5894

RESOLUCION

San Juan, Puerto Rico, a 28 de febrero de 2003

Habiendo expirado el término de seis (6) meses de suspensión del abogado del epígrafe el 29 de enero de 2003, se declara con lugar su Moción Solicitando Reinstalación a la Abogacía y se autoriza al Lcdo. Félix J. Montañez Miranda a ejercer la Abogacía únicamente.

A los fines de considerar su solicitud de reinstalación al ejercicio de la Notaría, se le ordena a la Lcda. Carmen H. Carlos, Directora de la Oficina de Inspección de Notaría, a que dentro de los treinta (30) días siguientes a la notificación de la presente, presente su Informe sobre el estado de la obra notarial incautada al mencionado abogado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo